# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
### JACKSONVILLE DIVISION

CRAIG BROWN, Pro Se Plaintiff,

     Plaintiff,

v.                                Case No. 3:18-cv-1148-J-32MCR

FIDELITY NATIONAL TITLE
GROUP, WELLS FARGO BANK,
AMICA INSURANCE COMPANY,
PNC BANK, MICHAEL FERRARA,
TOWN OF CAMDEN, TOWN OF
ROCKPORT, CITY OF AUSTIN,
Law Department, THOMAS
WARREN, and ELLEN GORMAN,

     Defendants.

_____

## O R D E R

     This case is before the court on Defendant Wells Fargo Bank, N.A.'s Motion to Dismiss the Amended Complaint with Prejudice (Doc. 39) and Plaintiff Craig Brown's response in opposition (Doc. 54); Defendant Fidelity National Title Group's Motion to Dismiss the Amended Complaint with Prejudice (Doc. 42) and Brown's response in opposition (Doc. 57); Defendant Amica Insurance Company's Amended Motion to Dismiss the Amended Complaint with Prejudice (Doc. 45) and Brown's response in opposition (Doc. 60); Defendant Town of Rockport, Maine's Motion to Dismiss Plaintiff's

Amended Complaint with Prejudice (Doc. 49) and Brown's response in opposition (Doc. 62); Defendant Town of Camden's Motion to Dismiss All Claims (Doc. 51) and Brown's response in opposition (Doc. 61); Defendants Ellen Gorman and Thomas Warren's Motion to Dismiss (Doc. 55) and Brown's response in opposition (Doc. 63); Defendant City of Austin's Motion to Dismiss Amended Complaint (Doc. 65) and Brown's response in opposition (Doc. 69); and Defendant PNC Bank's Motion to Dismiss the Amended Complaint with Prejudice (Doc. 74) and Brown's response in opposition (Doc. 83).

On August 5, 2020, the assigned United States Magistrate Judge issued a Report and Recommendation (Doc. 90), recommending that the motions be granted in part and denied in part. No party has filed an objection to the Report and Recommendation, and the time in which to do so has passed. See 28 U.S.C. § 636(b)(1); Fed R. Civ. P. 72(b); M.D. Fla. R. 6.02(a). Upon de novo review of the file and for the reasons stated in the Report and Recommendation (Doc. 90), it is hereby

**ORDERED:**

1.      The Report and Recommendation of the Magistrate Judge (Doc. 90) is **ADOPTED** as the opinion of the Court.

2.      Defendants Wells Fargo, Fidelity, Amica, PNC, the Town of Rockport, and the Town of Camden's Motions (Docs. 39, 42, 45, 49, 51, 74) are **GRANTED** to the extent that Plaintiff's claims against those Defendants are

**DISMISSED without prejudice** for lack of subject matter jurisdiction under the <u>Rooker-Feldman</u> doctrine.

3.      Defendants the Town of Rockport, the Town of Camden, the City of Austin, and Justices Gorman and Warren's Motions (Docs. 49, 51, 55, 65) are **GRANTED** to the extent that Plaintiff's claims are **DISMISSED without prejudice** for lack of personal jurisdiction.

4.      While Defendants' various requests for injunctive relief or sanctions against Plaintiff, a vexatious litigant, have some force, the Court declines to prolong the litigation and **DENIES** the requested relief.

5.      The Clerk is directed to terminate any remaining pending motions and deadlines, dismiss the action without prejudice, enter judgment in favor of Defendants and against Plaintiff, and close the file.

**DONE AND ORDERED** in Jacksonville, Florida the 31st day of August, 2020.

TIMOTHY J. CORRIGAN
United States District Judge

tnm
Copies:

Honorable Monte C. Richardson
United States Magistrate Judge

Craig Brown
36 Stonehurst Drive
Camden, ME 04843